UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDMUND VOGEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:13 CV 1541 RWS |
| | ) |
| ANHEUSER-BUSCH COMPANIES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

In accordance with and for the reasons stated on the record during today's hearing,

**IT IS HEREBY ORDERED that** Plaintiff's Motion to Strike Evidence #[94] is **GRANTED** in part and **DENIED** in part.  Defendants shall make Ms. Julie Welch available for deposition no later than **April 30, 2015**.

**IT IS FURTHER ORDERED that** a status conference and supplemental scheduling conference is set for **May 7, 2015 at 10:00 a.m.** in Courtroom 16 South.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of March, 2015.