UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDMUND VOGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13 CV 1541 RWS |
| ) | |
| ANHEUSER-BUSCH COMPANIES, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On March 5, 2015, the parties appeared before me for a status conference to discuss information that came to light during discovery and how that information has changed the parties' litigation strategies. Pursuant to that conversation, the parties agreed that it would be best for defendants to withdraw their pending motions for summary judgment, which were filed before the new information was discovered, with leave to file new motions for summary judgment at a later date.

Accordingly,

**IT IS HEREBY ORDERED that** The Prudential Insurance Company of America's Motion for Summary Judgment #[35] and Anheuser-Busch Companies, Inc.'s Motion for Summary Judgment #[39] are dismissed <u>without prejudice</u> as moot. New dispositive motion deadlines will be discussed at the next status conference and supplemental scheduling conference which remains set for **May 7, 2015 at 10:00 a.m.** in Courtroom 16-South.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 26th day of March, 2015.